UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALAREE ANN GARCIA,

Plaintiff,

v.

NATIONAL CREDIT SYSTEMS INC., et al.,

Defendants.

Case No. 26-cv-09113-JD

**ORDER REMANDING CASE**

Plaintiff Garcia's request to file an amended complaint and remand the action to Alameda County Superior Court, Dkt. No. 12, is granted. *See* Fed. R. Civ. P. 15(a)(2). The case is in the very earliest stage, and the proposed amendment narrows her claims against the defendants. *See* Dkt. No. 12 at 4; Dkt. No. 13. Because the remaining claims in the amended complaint arise under California state law only, the Court lacks jurisdiction to hear the case. *See Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 33-34 (2025); *see also Merry v. Highland Hospital*, No. 24-cv-06312-JD, 2025 WL 510436, at *1 (N.D. Cal. Feb. 14, 2025). The first amended complaint, Dkt. No. 13, is deemed filed, and the case is remanded to the Superior Court of California for Alameda County.

**IT IS SO ORDERED.**

Dated: October 5, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California